IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLS FARGO BANK, NATIONAL** | **:** | **CIVIL ACTION** |
| **ASSOCIATION, AS TRUSTEE FOR** | **:** | |
| **THE BENEFIT OF THE REGISTERED** | **:** | |
| **HOLDERS OF BENCHMARK 2021-B29** | **:** | |
| **MORTGAGE TRUST COMMERCIAL** | **:** | |
| **MORTGAGE PASS-THROUGH** | **:** | |
| **CERTIFICATES, SERIES 2021-B29,** | **:** | |
| **AND THE RR INTEREST OWNERS,** | **:** | |
| *Plaintiff,* | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **PA RIDGE ASSOCIATES,** | **:** | |
| *Defendant.* | **:** | **NO. 25-cv-1725** |

**ORDER**

**AND NOW**, this **31st** day of **March 2026**, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 26), Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 29), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 26) is **GRANTED** and **JUDGMENT IN MORTGAGE FORECLOSURE** is **ENTERED** in favor of Plaintiff and against Defendant and the Mortgaged Property (525 North 11th Street, Philadelphia, Pennsylvania 19123) in an amount to be determined.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**